UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HANAN S. RASHADA,                      :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :   Civil Action No. 07-0394 (JR)
                                       :
ALBERTO R. GONZALES, Attorney          :
General,                               :
                                       :
        Defendant.                     :

**ORDER**

The complaint in this case was filed on February 23, 2007. It appears from the face of the complaint that the plaintiff filed the same claim, against the same defendant, on January 19, 2007, in the United States District Court for the Northern District of Ohio, 1:07-cv-00168-KMO. Pursuant to 28 U.S.C. section 1404(a), it is by this Court *sua sponte* **ORDERED,** in the interest of justice, that this case be transferred to the Northern District of Ohio.


                                            JAMES ROBERTSON
                                       United States District Judge